**CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT**

I, _Eduardo Morales_ , am an individual formerly employed by

_Spectrum of Creations, Inc. d/b/a Food Trends, et al,_

(together, including any successors, affiliates or related entities, "Defendants").  I consent to be a

plaintiff in an action to collect unpaid compensation against Defendants.


By: _Eduardo Morales_

Name: Eduardo Morales


Dated as of _2/18/15_