UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS GARCIA,                                        :

                                                         :    ORDER
                 Plaintiffs,                             14 Civ. 5298 (AJN) (GWG)

-v.-                                                :

SPECTRUM OF CREATIONS INC. et al.,                  :

                                                         :

                 Defendants.                            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       The Court is in receipt of a letter from plaintiffs' counsel raising discovery disputes (Docket # 35) and a responsive letter from defendants (Docket # 37).

       To the extent plaintiffs' letter refers the Court to attached emails to determine the scope and nature of any disputes, the Court declines to engage in this exercise. All arguments and identifications of issues must be presented clearly and in the text of any letter to the Court, not in attachments.

       As to the issue of the identification of "covered employees," defendants are directed to provide a listing to plaintiff's counsel of all individuals who are performing or have performed food preparation or delivery functions for defendants during the last six years. Defendants shall also provide contact information for these employees, salary/employment date information, and any tax filings for these employees. This information is plainly relevant as such employees will potentially have discoverable information as to defendants' practices. The wages paid to these employees is also relevant to the inquiry into defendants' practices.

       It is impossible to tell from plaintiffs' letter what the issues are as to e-discovery. Perhaps the answer lies buried in the attached emails but, once again, this is not the proper method to present the dispute to the Court. Plaintiffs have leave to renew this application if an additional meet-and-confer cannot resolve it.

       SO ORDERED.

Dated: May 4, 2015
       New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge